**Order entered March 28, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00274-CV

### STEWARD HEALTH CARE SYSTEM LLC, ET AL., Appellants

### V.

### FRANK SAIDARA Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16862**

## ORDER

Before the Court is appellants' March 27, 2019 unopposed motion for an extension of time to file their opening brief. We **GRANT** the motion and extend the time to **April 3, 2019**.

/s/     KEN MOLBERG
        JUSTICE